

# Fourth Court of Appeals
## San Antonio, Texas

June 6, 2019

No. 04-19-00346-CV

**IN THE INTEREST OF A.J.W., CHILDREN,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00863
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The reporter's record was due May 28, 2019, but was not filed. On June 4, 2019, the court reporter filed a notification of late record, requesting until June 21, 2019, to file the reporter's record. After consideration, we **GRANT IN PART** the court reporter's requested extension and **ORDER** the court reporter to file the reporter's record in this court **on or before June 17, 2019**. The court reporter is reminded that this is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of June, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court